FILED

JUN 24 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SAMUEL WILLIAM LEWIS,

Plaintiff - Appellant,

v.

BEN CURRY, Warden,

Defendant - Appellee.

No. 10-15916

D.C. No. 5:08-cv-03934-JF

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Jeremy D. Fogel, District Judge, Presiding

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN and FISHER, Circuit Judges.

California state prisoner Samuel William Lewis appeals pro se from the

district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Lewis contends that the Board's 2007 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *Swarthout v. Cooke*, 139 S.Ct. 859, 863 (2011); *see Roberts v. Hartley*, 2011 WL 1365811 at *2-3 (9th Cir. Apr. 12, 2011) (applying *Cooke*). Because Lewis raises no procedural challenges, we affirm.

**AFFIRMED.**